UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,          NOTICE OF MOTION
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES  FOR DEFAULT JUDGMENT
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and           07-CIV-8770 (JGK)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                            Plaintiffs,

        -against-

SEASONS REALTY, LLC,

                            Defendant.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 22nd day of January, 2008, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 500 Pearl Street, New York, New York, before the Honorable John G. Koeltl, on a date and time to be set by the court, for a judgment of default against Defendant SEASONS REALTY, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in the amount of $42,478.06, together with such other and further relief as this Court may deem just, proper and equitable.

Dated:  Hastings-on-Hudson, New York
        January 22, 2008                    Respectfully submitted,

                                            BRADY McGUIRE & STEINBERG, P.C.

                                            By: _____
                                                James M. Steinberg (JS-3515)
                                                Attorneys for Plaintiffs
                                                603 Warburton Avenue
                                                Hastings-on-Hudson, New York 10706
                                                (914) 478-4293

TO:     SEASONS REALTY, LLC
        188 East Saddle River Road
        Saddle River, New Jersey 07458