UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**REQUEST TO CLERK**
**FOR ENTRY OF DEFAULT**

07-CIV-8770 (JGK)

Plaintiffs,

-against-

SEASONS REALTY, LLC,

Defendant.
-----------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
       Court for the Southern District of New York

Please enter the default of Defendant SEASONS REALTY, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on January 22, 2008.

Dated: Hastings-on-Hudson, New York
       January 22, 2008

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    By: _____
                                    James M. Steinberg (JS-3515)
                                    Attorneys for Plaintiffs
                                    603 Warburton Avenue
                                    Hastings-on-Hudson, New York 10706
                                    (914) 478-4293

TO:   SEASONS REALTY, LLC
       188 East Saddle River Road
       Saddle River, New Jersey 07458