EXHIBIT "B"

# LOCAL 15

| | | |
|---|---|---|
| Employer | SEASONS REALTY, LLC | |
| Address | P.O. Box 807 Saddle River, New Jersey 07458 | |
| Mail Recap To | P.O. Box 807 Saddle River, New Jersey 07458 | |
| Telephone # | 201-236-9756   Ext. | Fax #   201-236-9598 |
| Email Address | | |
| Contact | Portney & Company c/o Janet | Position   Accountant |
| Principal | | Position |
| Audit Period | 07/01/2003 – 07/31/2006 | |
| | | |
| Due local 15, 15A | | $ 32,991.25 |
| Total Amount Due | | $ 32,991.25 |

8/20/2007

APPENDIX A

# LOCAL 15A FRINGE BENEFIT DEFICIENCY

**SEASONS REALTY, LLC**
Audit Period From 07/01/2003 To 07/31/2006

|  |  | P/R Hours | | Redeemed Hours | | Difference | |
|---|---|---|---|---|---|---|---|
| Period NAME | SSN | Reg | DT | Reg | DT | Reg | DT |
| **07/01/2003 – 06/30/2004** | | | | | | | |
| 15, 15A | | | | | | | |
| ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 1,279.00 | 0.00 | 125.00 | 0.00 |
| | | 1,404.00 | 0.00 | 1,279.00 | 0.00 | 125.00 | 0.00 |
| CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| TOTAL HOURS DUE | | | | | | 125.00 | 0.00 |
| FRINGE BENEFIT RATE | | | | | | 18.95 | 34.00 |
| FRINGE BENEFIT DEFICIENCY | | | | | | 2,368.75 | 0.00 |
| TOTAL AMOUNT DUE 7/1/03 – 6/30/04 | | | | | | | $ 2,368.75 |
| **07/01/2004 – 06/30/2005** | | | | | | | |
| 15, 15A | | | | | | | |
| ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 1,014.00 | 0.00 | 390.00 | 0.00 |
| | | 1,404.00 | 0.00 | 1,014.00 | 0.00 | 390.00 | 0.00 |
| CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| TOTAL HOURS DUE | | | | | | 390.00 | 0.00 |
| FRINGE BENEFIT RATE | | | | | | 20.00 | 35.85 |
| FRINGE BENEFIT DEFICIENCY | | | | | | 7,800.00 | 0.00 |
| TOTAL AMOUNT DUE 7/1/04 – 6/30/05 | | | | | | | $ 7,800.00 |
| **07/01/2005 – 07/31/2006** | | | | | | | |
| 15, 15A | | | | | | | |
| ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 330.00 | 0.00 | 1,074.00 | 0.00 |
| | | 1,404.00 | 0.00 | 330.00 | 0.00 | 1,074.00 | 0.00 |
| CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| TOTAL HOURS DUE | | | | | | 1,074.00 | 0.00 |
| FRINGE BENEFIT RATE | | | | | | 21.25 | 37.85 |
| FRINGE BENEFIT DEFICIENCY | | | | | | 22,822.50 | 0.00 |
| TOTAL AMOUNT DUE 7/1/05 – 7/31/06 | | | | | | | $ 22,822.50 |
| **GRAND TOTAL FRINGE BENEFIT DEFICIENCY:** | | | | | | | $ 32,991.25 |