EXHIBIT "C"

## HOURS EXPENDED BY COUNSEL

10/9/07
    JMS   Drafted, revised and finalized Summons and Complaint for delinquent contributions; Prepared civil cover sheet and Rule 1.9 Statement to be filed with court    2.5 hrs

12/14/07
    JMS   Prepared Summons with Proof of Service for filing through ECF System with copy to Clerk of Court    0.25 hrs

1/22/08
    JMS   Prepared Default Judgment Motion for filing and service on Defendant    3.0 hrs

**Total:**    **5.75 hrs**