UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and           07-CIV-8770 (JGK)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                            Plaintiffs,

        -against-

SEASONS REALTY, LLC,

                            Defendant.
------------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on January 31, 2008, I served *via* regular U.S. Mail, the individuals whose addresses appears below, with a copy of the enclosed Plaintiffs' Motion for a Default Judgment:

SEASONS REALTY, LLC
188 East Saddle River Road
Saddle River, New Jersey 07458

James M. Steinberg, Esq. (JS-3515)