UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                        Plaintiffs,

-against-

SEASONS REALTY, LLC,

                        Defendant.
----------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT**

07-CIV-8770 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2008

Upon the annexed Application for a Default Judgment including the Affidavit of James M. Steinberg, Esq. sworn to on the 29th day of February, 2008, and the exhibits attached thereto, it is

**ORDERED** that Defendant SEASONS REALTY, LLC show cause before the Honorable John G. Koeltl, at the United States District Courthouse, located at 500 Pearl Street, New York, New York on the 20 day of March, 2008, at 2:30 a.m./p.m. or as soon thereafter as counsel can be heard why an order should not be made herein for the entry of a Default Judgment against Defendant SEASONS REALTY, LLC in the amount of $43,000.42, together with such other and further relief as this Court may deem just, proper and equitable.

**IT IS FURTHER ORDERED** that service of a copy of this Order *via* express overnight mail service, along with the Plaintiffs' Application for a Default Judgment and of the papers upon which the same is granted, on Defendant SEASONS REALTY, LLC at 188 East Saddle River

Road, Saddle River, New Jersey 07458, on or before March 7, 2008, shall be sufficient service of this Order.

Dated: New York, New York
       March 6, 2008

SO ORDERED:

_____
The Honorable John G. Koeltl, U.S.D.J.

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT.

THE PLAINTIFFS SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY March 14, 2008.

So ordered.
JM G Koeltl
3/6/08    U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**CLERK'S CERTIFICATE**

07-CIV-8770 (JGK)

Plaintiffs,

-against-

SEASONS REALTY, LLC,

Defendant.
---------------------------------------------------------------X

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 11, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant SEASONS REALTY, LLC on December 6, 2007, by, a process server, personal service upon Carol Vogt an authorized agent in the office of the New York State Secretary of State, and proof of service was filed on December 14, 2007 through the ECF System.

I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
       Feb 29 , 2008

J. MICHAEL McMAHON
Clerk of the Court

By: _____
Deputy Clerk