EXHIBIT "B"

## LOCAL 15

| | | | | |
|---|---|---|---|---|
| Employer | SEASONS REALTY, LLC | | | |
| Address | P.O. Box 807 Saddle River, New Jersey 07458 | | | |
| Mail Recap To | P.O. Box 807 Saddle River, New Jersey 07458 | | | |
| Telephone # | 201-236-9756 | Ext. | Fax # | 201-236-9598 |
| Email Address | | | | |
| Contact | Portnoy & Company c/o Janet | | Position | Accountant |
| Principal | | | Position | |
| Audit Period | 07/01/2003  - 07/31/2006 | | | |

| | | |
|---|---|---|
| Due local 15, 15A | $ | 32,991.25 |
| Total Amount Due | $ | 32,991.25 |

8/20/2007

# LOCAL 15A FRINGE BENEFIT DEFICIENCY

APPENDIX A

SEASONS REALTY, LLC
Audit Period From 07/01/2003 To 07/31/2006

| Period | NAME | SSN | P/R Hours Reg | P/R Hours DT | Redeemed Hours Reg | Redeemed Hours DT | Difference Reg | Difference DT |
|---|---|---|---|---|---|---|---|---|
| 07/01/2003 - 06/30/2004 | | | | | | | | |
| 15, 15A | ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 1,279.00 | 0.00 | 125.00 | 0.00 |
| | | | 1,404.00 | 0.00 | 1,279.00 | 0.00 | 125.00 | 0.00 |
| | CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| | TOTAL HOURS DUE | | | | | | 125.00 | 0.00 |
| | FRINGE BENEFIT RATE | | | | | | 18.95 | 34.00 |
| | FRINGE BENEFIT DEFICIENCY | | | | | | 2,368.75 | 0.00 |
| | TOTAL AMOUNT DUE 7/1/03 - 6/30/04 | | | | | | | $ 2,368.75 |
| 07/01/2004 - 06/30/2005 | | | | | | | | |
| 15, 15A | ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 1,014.00 | 0.00 | 390.00 | 0.00 |
| | | | 1,404.00 | 0.00 | 1,014.00 | 0.00 | 390.00 | 0.00 |
| | CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| | TOTAL HOURS DUE | | | | | | 390.00 | 0.00 |
| | FRINGE BENEFIT RATE | | | | | | 20.00 | 35.85 |
| | FRINGE BENEFIT DEFICIENCY | | | | | | 7,800.00 | 0.00 |
| | TOTAL AMOUNT DUE 7/1/04 - 6/30/05 | | | | | | | $ 7,800.00 |
| 07/01/2005 - 07/31/2006 | | | | | | | | |
| 15, 15A | ANDIORIO * GERALD | 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 | 1,404.00 | 0.00 | 330.00 | 0.00 | 1,074.00 | 0.00 |
| | | | 1,404.00 | 0.00 | 330.00 | 0.00 | 1,074.00 | 0.00 |
| | CREDIT FOR UNREDEEMED HOURS | | | | | | 0.00 | 0.00 |
| | TOTAL HOURS DUE | | | | | | 1,074.00 | 0.00 |
| | FRINGE BENEFIT RATE | | | | | | 21.25 | 37.85 |
| | FRINGE BENEFIT DEFICIENCY | | | | | | 22,822.50 | 0.00 |
| | TOTAL AMOUNT DUE 7/1/05 - 7/31/06 | | | | | | | $ 22,822.50 |
| | GRAND TOTAL FRINGE BENEFIT DEFICIENCY: | | | | | | | $ 32,991.25 |