UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**STATEMENT OF DAMAGES**

07-CIV-8770 (JGK)

                    Plaintiffs,

        -against-

SEASONS REALTY, LLC,

                    Defendant.
-----------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $32,991.25 |
| Interest at 7.5% (prime rate of 6.5% *plus* 1.0%, as prescribed by the Plan) from August 1, 2006 through February 29, 2008: | $3,917.71 |
| Statutory Damages: | $3,917.71 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $185.00 |
| TOTAL: | $43,000.42 |